IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION and COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION,<br><br>      Movants,<br><br>      v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE and UNITED STATES DEPARTMENT OF LABOR,<br><br>      Respondents. | Misc. Case No. _____<br><br>Original Proceeding:<br><br>*United States ex rel. Jean-Claude Franchitti v. Cognizant Technology Solutions Corporation and Cognizant Technology Solutions U.S. Corporation*, No. 3:17-cv-06317 (D.N.J. filed Aug. 22, 2017) |

**COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION AND COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION'S MOTION TO COMPEL DISCOVERY FROM THE UNITED STATES INTERNAL REVENUE SERVICE AND DEPARTMENT OF LABOR**

Cognizant Technology Solutions Corporation and Cognizant Technology Solutions U.S. Corporation (collectively, "Movants" or "Cognizant"), through its undersigned counsel, hereby move this Court for an Order compelling the United States Internal Revenue Service ("IRS") and Department of Labor ("DOL") to respond to Cognizant's discovery requests made pursuant to Federal Rules of Civil Procedure 26 and 45, IRS's *Touhy* regulations, 26 C.F.R. § 301.9000-1 *et. seq.*, and DOL's *Touhy* regulations, 29 C.F.R. §§ 2.21 *et seq.*, and grating such other further relief as the Court deems appropriate.

Please take further notice that, in support of its motion, Cognizant relies upon the accompanying Memorandum of Law, the Declaration of Jonathan M. Phillips and the exhibits thereto, and any further submissions made hereafter.

1

Dated: April 28, 2023

Respectfully Submitted,

_____
Jonathan M. Phillips  (D.C. Bar No. 989061)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306
Telephone: 202.955.8500
Facsimile: 202.467.0539
JPhillips@gibsondunn.com

*Attorney for Movants*