# Exhibit 2



OFFICE OF THE CHIEF COUNSEL

**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF DIVISION COUNSEL
LARGE BUSINESS & INTERNATIONAL
ONE NEWARK CENTER, SUITE 1500
NEWARK, NEW JERSEY 07102-5224
(973) 681-6700
EFAX: (855) 606-2387

December 14, 2022

CC:LB:2:NEW:2:LMRodriguez
POSTU-122857-22

<u>Via UPS and EFAX (202) 530-9530</u>

Jonathan M. Phillips
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036

Your Ref:    Civil Action No. 3:17-cv-06317-PGS-LHG

Dear Mr. Phillips:

This letter responds to the subpoena duces tecum issued in the case titled "*United States ex rel. Franchitti v. Cognizant Technology Solutions Corp., et al.*," dated October 20, 2022, and returnable on November 21, 2022, at Gibson, Dunn & Crutcher LLP, 1050 Connecticut Ave., N.W., Washington, DC 20036-5306, addressed to GLDS Support Services, Internal Revenue Service (the "IRS"). The subpoena was accompanied by a letter request to the IRS, also dated October 20, 2022, citing 26 C.F.R. § 301.9000-5(a), which included a statement that it was being attached as Exhibit A to the subpoena (the "*Touhy* Request letter").

As discussed on my telephone conversation of November 22, 2002, with Ms. Chumma Tum and Mr. Reid Rector of your office, the IRS will not be sending a representative to testify or produce documents in response to the above-referenced subpoena and <u>we request that you withdraw your subpoena</u>. While the subpoena, via the *Touhy* Request letter, "expressly exempts from its request any information that qualifies as return or return information as defined by IRC § 6103(b)," the request seeks IRS records and/or information for use in a non-IRS matter which would be prohibited

POSTU-122857-22
December 14, 2022 Ltr to J.Phillips
Page **2** of **2**

from disclosure under IRC § 6103.

    If you wish to discuss this matter further, please feel free to call me at (973) 681-6633.

    Sincerely,

    CATHY FUNG
    Acting Area Counsel
    (Large Business & International, Area 2)

By: *Lisa M. Rodriguez*
    Digitally signed by Lisa M. Rodriguez
    Date: 2022.12.14 08:36:02 -05'00'

    Lisa M. Rodriguez
    Associate Area Counsel
    (Large Business & International)

cc:    Hope Lu
    Assistant United States Attorney
    U.S. Attorney's Office, District of New Jersey
    (via email to Hope.Lu@usdoj.gov)

    Chumma Tum
    Gibson, Dunn & Crutcher LLP (via eFax to (303) 313-2821)

    Reid Rector
    Gibson, Dunn & Crutcher LLP (via eFax to (303) 313-2821)