# Exhibit 3

| | |
|---|---|
| **From:** | Tum, Chumma |
| **To:** | Lisa.M.Rodriguez@irscounsel.treas.gov; "Hope.Lu@usdoj.gov" |
| **Cc:** | Rector, Reid; Phillips, Jonathan M. |
| **Bcc:** | Aguillard, Anna; Lu, Beatrix |
| **Subject:** | RE: [EXT] Touhy Request for Information - United States ex rel. Franchitti v. Cognizant Technology Solutions Corp., et al., 3:17-cv-06317-PGS-LHG (D.N.J.) |
| **Date:** | Wednesday, January 4, 2023 9:37:02 PM |

Dear Lisa,

Thank you for the update.  We are available to speak on January 6th at 11 am ET.  If you confirm that time works for you, we will send an invite.  If not, let us know an alternative time that day and we will accommodate.

In advance of that call, and in the hopes that the call can be as productive as possible, we would like to further explain and memorialize Cognizant's position in connection with its October 20, 2022 *Touhy* request and accompanying subpoena.

We understand that the IRS is taking the position that it will not produce documents in response to Cognizant's subpoena because (1) you believe that a subpoena is not the proper vehicle for such requests, and (2) IRC § 6103 prohibits the disclosure of all of the information sought in the request.  Specifically, you've explained your view that "the request seeks IRS records and/or information for use in a non-IRS matter which would be prohibited from disclosure under IRC § 6103."  We also understand that in light of this position, IRS has not even undertaken a search for potentially responsive documents.

In support for this position, we gather that you are reciting language from provisions of the Internal Revenue Manual (the "IRM"), which states that "IRC 6103 generally bars the disclosure of tax records in [non-IRS] matters."  IRM 34.9.1.3.1 (05-03-2013).  But, as explained below, this provision does not justify IRS's blanket refusal to respond to Cognizant's subpoena and that refusal lacks any support in the authorizing statute, Treasury regulations, case law, or even in the IRM itself.

- The Treasury Department's *Touhy* regulations expressly contemplate *Touhy* requests will be made in connection with non-IRS matters—Treas. Reg. § 301.9000–2(c) lists fourteen "additional factors" which authorizing officials can consider when responding to a request for "information in connection with a non-IRS matter," including the "importance of the legal issues presented," etc.  And Treas. Reg. § 301.9000–5 sets forth information to be included in a Touhy request for information in "non-IRS matters."  Cognizant dutifully analyzed each of these factors in its *Touhy* request and explained why production of information is appropriate.

- Courts have clearly stated that *Touhy* regulations exist for this very situation, where "a party to an adversary proceeding in which the United States is not a party seeks to obtain documents from a federal agency."  *Carbone v. Martin*, 2021 WL 1224102, at *1 (E.D.N.Y. Mar. 31, 2021) (citing *United States ex rel. Touhy v. Ragen*, 340 U.S. 462 (1951).  This applies with equal weight in the IRS context.  For instance, in *Philpott v. City of Mason City, Iowa*, 2010 WL 11450401, at *3 (N.D. Iowa Sept. 15, 2010), the court held that the IRS's refusal to comply with a *Touhy* request because it was a "disinterested party" was improper.  *See also D'Angio v.*

*United States*, 2007 WL 9757555, at *5 (M.D. Pa. Aug. 22, 2007) (*Touhy* request was appropriately served upon IRS in non-IRS matter).

- We do not believe the IRM's "non-party" provisions are appropriate here, where the Relator has asserted claims under the False Claims Act *on IRS's behalf* and in which IRS is the "real party in interest."  Even if the IRM's "non-party" provision were relevant at all, though, the IRM merely states that "<u>tax records</u>" are generally barred from disclosure in non-IRS matters, without defining what types of information would be included in "tax records."  The definitions set forth in IRC § 6103(b)(1) - (2) of "tax return" and "return information" do not depend on whether the information will be used in a non-IRS or IRS matter.  Meanwhile, courts treat the term "tax records" merely as a phrase synonymous with and encompassing "tax returns" and "return information."  S*ee e.g., Elec. Priv. Info. Ctr. v. Internal Revenue Serv.*, 575 F. Supp. 3d 84, 88 (D.D.C. 2021).  Therefore, to the extent that the IRM merely states that "return" and "return information" are generally barred from disclosure in non-IRS matters, we agree.  Indeed, our request explicitly exempts any records that would constitute "tax returns" or "return information" under § 6103.  A refusal to produce "tax records" in this matter is a red herring, since we have not requested any "tax records."

- When a government agency is a third-party to a lawsuit and records are requested under the *Touhy* regulations, it is routine to issue those requests pursuant to a subpoena issued under Rule 45 of the Federal Rules of Civil Procedure.  Indeed, Cognizant has done exactly that with regard to its requests to the Department of Labor and Department of Homeland Security (and their constituent agencies), without objection or problem.  The IRM provision cited above suggests that the IRS request that a subpoena be withdrawn where "IRC 6103 prohibits the disclosure of returns or return information."  But that provision—which is not based on any legal authority we can identify in any event—is not applicable here for the reasons stated above.

In sum, the position IRS has taken to date is plainly contrary to law.  IRS has a clear obligation to: (1) produce any responsive information that does not constitute "tax returns" or "return information," including FOIA requests from third parties, agency legal analyses, and all other information sought by Cognizant's Touhy request, *see, e.g., Tax Analysts v. I.R.S.*, 117 F.3d 607 (D.C. Cir. 1997) ("legal analysis contained in field service advice memoranda, issued by the Office of Chief Counsel for the IRS in response to requests from field personnel for legal guidance, was not protected from disclosure under the Internal Revenue Code as 'return information'"); and (2) produce support for its assertion that any records it seeks to withhold under § 6103 fall within the privilege*, see e.g., Batton v. Evers*, 598 F.3d 169, 177 (5th Cir. 2010) (IRS's blanket claim of privilege under § 6103, without support, is insufficient).

We ask that you be prepared on our January 6 call to address the points raised above.  If IRS still refuses to produce any responsive documents during our call this Friday, we intend to seek court intervention.  In light of the current discovery deadline in this matter (May 2023), we anticipate needing to file a motion to compel by January 13, 2023 so that the issue can be heard by the court on its February 6 motion day and thus allow Cognizant sufficient time to obtain the records it needs to defend this case.

Thanks,
Chumma
**Chumma Tum**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1801 California Street, Denver, CO 80202-2642
Tel +1 303.298.5988 • Cell   +1 303.653.8817
CTum@gibsondunn.com • www.gibsondunn.com

**From:** Rodriguez Lisa M <Lisa.M.Rodriguez@irscounsel.treas.gov>
**Sent:** Wednesday, January 4, 2023 4:35 PM
**To:** Tum, Chumma <CTum@gibsondunn.com>
**Cc:** Phillips, Jonathan M. <JPhillips@gibsondunn.com>; Rector, Reid <RRector@gibsondunn.com>; Hope.Lu@usdoj.gov
**Subject:** RE: [EXT] Touhy Request for Information - United States ex rel. Franchitti v. Cognizant Technology Solutions Corp., et al., 3:17-cv-06317-PGS-LHG (D.N.J.)

Chumma,

To be clear, and as stated on our last call, our office was prepared and did provide you with the IRS response to your subpoena, though you were not satisfied with the response that the IRS will not be producing documents in response to the subpoena. We understand your position is that Cognizant will not be withdrawing the subpoena, as requested by my office, and would like further consideration of the request and information regarding the decision that was made by the IRS. In that regard, I agreed to go back to Disclosure to obtain additional information.

I think it would be best if we set aside time on Friday, January 6th for a follow-up call. As I explained on our last call, several of the people that I need to speak to on this matter have been out of the office for the holidays.

Thank you,
Lisa

**Lisa M. Rodriguez**
Pronouns: she, her, hers
Associate Area Counsel | LB&I
Newark, NJ

(973) 681-6633
Lisa.M.Rodriguez@irscounsel.treas.gov

**From:** Tum, Chumma <CTum@gibsondunn.com>
**Sent:** Tuesday, January 3, 2023 10:04 AM
**To:** Rodriguez Lisa M <Lisa.M.Rodriguez@irscounsel.treas.gov>; Hope.Lu@usdoj.gov
**Cc:** Phillips, Jonathan M. <JPhillips@gibsondunn.com>; Rector, Reid <RRector@gibsondunn.com>

**Subject:** RE: [EXT] Touhy Request for Information - United States ex rel. Franchitti v. Cognizant Technology Solutions Corp., et al., 3:17-cv-06317-PGS-LHG (D.N.J.)

Lisa and Hope,

Happy New Year.  I am following up on the below.  Please let us know your availability on Thursday or Friday of this week for a follow-up call to discuss IRS's response to Cognizant's subpoena in this matter.

Thanks,
Chumma
**Chumma Tum**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1801 California Street, Denver, CO 80202-2642
Tel +1 303.298.5988 • Cell   +1 303.653.8817
CTum@gibsondunn.com • www.gibsondunn.com

---

**From:** Tum, Chumma
**Sent:** Friday, December 23, 2022 1:16 PM
**To:** 'Rodriguez Lisa M' <Lisa.M.Rodriguez@irscounsel.treas.gov>; 'Hope.Lu@usdoj.gov' <Hope.Lu@usdoj.gov>
**Cc:** Phillips, Jonathan M. <JPhillips@gibsondunn.com>; Rector, Reid <RRector@gibsondunn.com>
**Subject:** RE: [EXT] Touhy Request for Information - United States ex rel. Franchitti v. Cognizant Technology Solutions Corp., et al., 3:17-cv-06317-PGS-LHG (D.N.J.)

Lisa and Hope,

　　We are disappointed that you were not prepared with the information to support your positions on yesterday's call, especially because our requests have been pending for two months, you anticipated denying the requests one month ago, and we sent specific questions for discussion—at your request—several days ago.  We assumed that you would have already contemplated the information to support your positions before sending the response letter last week and that our call yesterday would be a productive one.  We expect that you will have the information we requested on our next call to avoid any further delay on this matter.  We are available during the following days and times for a follow-up call.  Please let us know what works best for you and we can send a calendar invite and dial-in information.

January 5
　　1. Any time after 12 pm ET

January 6
　　1. Any time after 10 am ET

Thanks and happy holidays,
Chumma
**Chumma Tum**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1801 California Street, Denver, CO 80202-2642
Tel +1 303.298.5988 • Cell   +1 303.653.8817
CTum@gibsondunn.com • www.gibsondunn.com

---

**From:** Tum, Chumma
**Sent:** Tuesday, December 20, 2022 11:31 AM
**To:** 'Rodriguez Lisa M' <Lisa.M.Rodriguez@irscounsel.treas.gov>; Hope.Lu@usdoj.gov
**Cc:** Phillips, Jonathan M. <JPhillips@gibsondunn.com>; Rector, Reid <RRector@gibsondunn.com>
**Subject:** RE: [EXT] Touhy Request for Information - United States ex rel. Franchitti v. Cognizant Technology Solutions Corp., et al., 3:17-cv-06317-PGS-LHG (D.N.J.)

Lisa and Hope,

In advance of our call, please find below a few questions that we would like to discuss with you on Thursday.

- What is IRS's basis for asserting that this case is a "non-IRS" matter?  Even though the IRS is not a party to the pending litigation, it is a "real party in interest" under the Relator's False Claims Act allegation that Cognizant failed to pay payroll taxes on unpaid wages, as confirmed by the court in its ruling on Cognizant's motion to dismiss.

- Please explain how the prohibitions of IRC § 6103 apply to Cognizant's requests that do not implicate return information.  For example:
    - Request for "documents and communications related to analyses, audits, investigations, or reviews that IRS has performed related to Cognizant's payment of payroll taxes and/or prevailing wages to visa-dependent workers from August 22, 2007 to present, whether made available to the public or not";
    - Request for "agency analyses regarding the applicability of the Internal Revenue Code ("IRC") to claims, complaints, suits, or investigations under the FCA";
    - Request for "agency analyses regarding the obligation of the IRS to support or otherwise respond to suits or investigations under the FCA."

- Please explain how IRC § 6103 precludes IRS from even conducting a search of its FOIA database or other databases that do not contain return information for relevant documents.  Alternatively, please explain how IRS concluded that IRC § 6103 prohibits any response to the subpoena without having searched for or reviewed potentially responsive documents.

Hope, we also invite you to participate in this call as we consider this call to be a meet-and-confer in advance of raising these matters to the court if we cannot find agreement.

Thanks,
Chumma
**Chumma Tum**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1801 California Street, Denver, CO 80202-2642
Tel +1 303.298.5988 • Cell   +1 303.653.8817
CTum@gibsondunn.com • www.gibsondunn.com

**From:** Rodriguez Lisa M <Lisa.M.Rodriguez@irscounsel.treas.gov>
**Sent:** Monday, December 19, 2022 12:59 PM
**To:** Tum, Chumma <CTum@gibsondunn.com>
**Cc:** Phillips, Jonathan M. <JPhillips@gibsondunn.com>; Rector, Reid <RRector@gibsondunn.com>; Hope.Lu@usdoj.gov
**Subject:** RE: [EXT] Touhy Request for Information - United States ex rel. Franchitti v. Cognizant Technology Solutions Corp., et al., 3:17-cv-06317-PGS-LHG (D.N.J.)

Thank you.

**Lisa M. Rodriguez**
Pronouns: she, her, hers
Associate Area Counsel | LB&I
 IRS | Office of Chief Counsel
 One Newark Center, Suite 1500
 Newark, NJ 07102
 (973) 681 - 6633
Lisa.M.Rodriguez@irscounsel.treas.gov

**From:** Tum, Chumma <CTum@gibsondunn.com>
**Sent:** Monday, December 19, 2022 2:56 PM
**To:** Rodriguez Lisa M <Lisa.M.Rodriguez@irscounsel.treas.gov>
**Cc:** Phillips, Jonathan M. <JPhillips@gibsondunn.com>; Rector, Reid <RRector@gibsondunn.com>; Hope.Lu@usdoj.gov
**Subject:** RE: [EXT] Touhy Request for Information - United States ex rel. Franchitti v. Cognizant Technology Solutions Corp., et al., 3:17-cv-06317-PGS-LHG (D.N.J.)

Thanks, Lisa.  We will send a calendar invite with dial-in information for a call at 3 pm ET on Thursday, December 22.  We will follow up on your request for additional details soon.

Thanks,
Chumma

**Chumma Tum**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1801 California Street, Denver, CO 80202-2642
Tel +1 303.298.5988 • Cell   +1 303.653.8817
CTum@gibsondunn.com • www.gibsondunn.com

---

**From:** Rodriguez Lisa M <Lisa.M.Rodriguez@irscounsel.treas.gov>
**Sent:** Monday, December 19, 2022 12:33 PM
**To:** Tum, Chumma <CTum@gibsondunn.com>
**Cc:** Phillips, Jonathan M. <JPhillips@gibsondunn.com>; Rector, Reid <RRector@gibsondunn.com>; Hope.Lu@usdoj.gov
**Subject:** RE: [EXT] Touhy Request for Information - United States ex rel. Franchitti v. Cognizant Technology Solutions Corp., et al., 3:17-cv-06317-PGS-LHG (D.N.J.)

Chumma,

Right now the only time that I have available during those windows is Thursday, December 22 at 3pm.

If you would, please provide any information that you can regarding what additional detail you are looking for as I may not be able to answer any questions without first obtaining information on my end.

Thank you,
Lisa

**Lisa M. Rodriguez**
Pronouns: she, her, hers
Associate Area Counsel | LB&I
 IRS | Office of Chief Counsel
 One Newark Center, Suite 1500
 Newark, NJ 07102
 (973) 681 - 6633
Lisa.M.Rodriguez@irscounsel.treas.gov

---

**From:** Tum, Chumma <CTum@gibsondunn.com>
**Sent:** Monday, December 19, 2022 9:24 AM
**To:** Rodriguez Lisa M <Lisa.M.Rodriguez@irscounsel.treas.gov>
**Cc:** Phillips, Jonathan M. <JPhillips@gibsondunn.com>; Rector, Reid <RRector@gibsondunn.com>; Hope.Lu@usdoj.gov
**Subject:** RE: [EXT] Touhy Request for Information - United States ex rel. Franchitti v. Cognizant Technology Solutions Corp., et al., 3:17-cv-06317-PGS-LHG (D.N.J.)

Hi Lisa,

We received IRS's response letter and would like to schedule a conference call to discuss the letter in more detail this week.  We are available:

- Tuesday, December 20 from 11-11:30 am ET or 4-4:30 pm ET
- Wednesday, December 21 from 10 am–1:30  pm ET
- Thursday, December 22 after 1:30 pm ET

Kindly let us know today if any of these times work for you or if there are other times that work better for you this week.

Thanks,
Chumma
**Chumma Tum**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1801 California Street, Denver, CO 80202-2642
Tel +1 303.298.5988 • Cell   +1 303.653.8817
CTum@gibsondunn.com • www.gibsondunn.com

---

**From:** Tum, Chumma
**Sent:** Monday, December 12, 2022 3:20 PM
**To:** Lisa.M.Rodriguez@irscounsel.treas.gov
**Cc:** Phillips, Jonathan M. <JPhillips@gibsondunn.com>; Rector, Reid <RRector@gibsondunn.com>; 'Hope.Lu@usdoj.gov' <Hope.Lu@usdoj.gov>
**Subject:** RE: [EXT] Touhy Request for Information - United States ex rel. Franchitti v. Cognizant Technology Solutions Corp., et al., 3:17-cv-06317-PGS-LHG (D.N.J.)

Hi Lisa,

As you know we issued our *Touhy* request and subpoena on October 20, 2022 and the subpoena return date passed three weeks ago.  We expected a substantive response from IRS by now.  By Wednesday, please send us your response letter and the contact information for the Disclosure Office.  Our hope is to work cooperatively with you, but if we do not hear from you, then we will start the process of bringing IRS's delay to the attention of the Court.

Best,
Chumma
**Chumma Tum**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1801 California Street, Denver, CO 80202-2642

Tel +1 303.298.5988 • Cell   +1 303.653.8817
CTum@gibsondunn.com • www.gibsondunn.com

---

**From:** Rodriguez Lisa M <Lisa.M.Rodriguez@irscounsel.treas.gov>
**Sent:** Thursday, December 8, 2022 11:43 AM
**To:** Tum, Chumma <CTum@gibsondunn.com>
**Cc:** Phillips, Jonathan M. <JPhillips@gibsondunn.com>; Rector, Reid <RRector@gibsondunn.com>
**Subject:** RE: [EXT] Touhy Request for Information - United States ex rel. Franchitti v. Cognizant Technology Solutions Corp., et al., 3:17-cv-06317-PGS-LHG (D.N.J.)

Chumma,

Unfortunately, no, not yet.  I hope to have something to you within the next day or so.

Lisa

**Lisa M. Rodriguez**
Pronouns: she, her, hers
Associate Area Counsel | LB&I
 IRS | Office of Chief Counsel
 One Newark Center, Suite 1500
 Newark, NJ 07102
 (973) 681 - 6633
Lisa.M.Rodriguez@irscounsel.treas.gov

---

**From:** Tum, Chumma <CTum@gibsondunn.com>
**Sent:** Thursday, December 8, 2022 10:17 AM
**To:** Rodriguez Lisa M <Lisa.M.Rodriguez@irscounsel.treas.gov>
**Cc:** Phillips, Jonathan M. <JPhillips@gibsondunn.com>; Rector, Reid <RRector@gibsondunn.com>
**Subject:** RE: [EXT] Touhy Request for Information - United States ex rel. Franchitti v. Cognizant Technology Solutions Corp., et al., 3:17-cv-06317-PGS-LHG (D.N.J.)

Hi Lisa,

Thanks for your email on Monday.  Do you have any additional information about the timing of the letter that we spoke about over two weeks ago?

Best,
Chumma
**Chumma Tum**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1801 California Street, Denver, CO 80202-2642
Tel +1 303.298.5988 • Cell   +1 303.653.8817

CTum@gibsondunn.com • www.gibsondunn.com

---

**From:** Rodriguez Lisa M <Lisa.M.Rodriguez@irscounsel.treas.gov>
**Sent:** Monday, December 5, 2022 7:36 AM
**To:** Tum, Chumma <CTum@gibsondunn.com>
**Cc:** Phillips, Jonathan M. <JPhillips@gibsondunn.com>; Rector, Reid <RRector@gibsondunn.com>
**Subject:** RE: [EXT] Touhy Request for Information - United States ex rel. Franchitti v. Cognizant Technology Solutions Corp., et al., 3:17-cv-06317-PGS-LHG (D.N.J.)

Ms. Tum,

I hope to hear back from our National Office soon and should be able to send the letter out this week.

Best,
Lisa

**Lisa M. Rodriguez**
Pronouns: she, her, hers
Associate Area Counsel | LB&I
 IRS | Office of Chief Counsel
 One Newark Center, Suite 1500
 Newark, NJ 07102
 (973) 681 - 6633
Lisa.M.Rodriguez@irscounsel.treas.gov

---

**From:** Tum, Chumma <CTum@gibsondunn.com>
**Sent:** Friday, December 2, 2022 3:54 PM
**To:** Rodriguez Lisa M <Lisa.M.Rodriguez@irscounsel.treas.gov>
**Cc:** Phillips, Jonathan M. <JPhillips@gibsondunn.com>; Rector, Reid <RRector@gibsondunn.com>
**Subject:** [EXT] Touhy Request for Information - United States ex rel. Franchitti v. Cognizant Technology Solutions Corp., et al., 3:17-cv-06317-PGS-LHG (D.N.J.)


Hi Lisa,

I hope you are well. I am writing to follow up on our conversation from last week. We are hoping you can provide the contact information for someone in the Disclosure Office who we can contact about the status of our *Touhy* request. Separately, can you provide an update on the timing of the letter explaining your office's subpoena policies?

Thanks,
Chumma

**Chumma Tum**

GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1801 California Street, Denver, CO 80202-2642
Tel +1 303.298.5988 • Cell   +1 303.653.8817
CTum@gibsondunn.com • www.gibsondunn.com
Sent from my iPhone