Exhibit 5

| | |
|---|---|
| **From:** | Tum, Chumma |
| **To:** | Marcellino, Ann M |
| **Cc:** | Rector, Reid; Phillips, Jonathan M. |
| **Subject:** | RE: Follow-up Re: Franchitti v. Cognizant |
| **Date:** | Monday, July 11, 2022 3:33:25 PM |

Hi Ann,

Please see below for a list of attorneys and law firms that we believe are associated with Mr. Franchitti. We appreciate your efforts in working with us to locate relevant documents and we will send you any additional names if necessary.

- Jonathan Rudnick
- Daniel A. Kotchen
- Daniel L. Low
- Lindsey Grunert
- Amanda Burns
- Mark Hammervold
- Karishma Shah
- Michael von Klemperer
- Navid Soleymani
- Navid Yadegar
- Yadegar, Minoofar & Soleymani LLP
- The Law Office of Jonathan Rudnick LLC
- Kotchen & Low LLP

Additionally, we want to take this opportunity to clarify the priority of our *Touhy* requests. From our July 1 conversation, we understood you are undertaking a search for FOIA requests regarding Cognizant's payment of wages to its employees (Items A and B in our letter) and a search for communications to, or from, third parties about Cognizant's payment of visa workers and payment of wages in connection with any visa and immigration program (Item E in our letter). We asked the Department to prioritize (1) any communications that have been sent from the Department to individuals who have made allegations about improper payment of wages in connection with any visa and immigration program and (2) any public statement about audits or investigations about payment of wages in connection with visa and immigration program, not only payment of wages in connect with the H-1B program.

Although the above items should be considered the priority, the other records requested in our *Touhy* letter remain items that we believe are relevant to the underlying case and we request that the Department continue to search for those records. Namely, any reports about the payment of wages for H-1B visa recipients (Item D) and audits, analysis or reviews of Cognizant's payment of wages to its employees in connection with any visa or immigration law (Item C). All of our requests have been copied below for your reference.

> a) All requests under the Freedom of Information Act ("FOIA") received by the Department of Labor regarding Cognizant's payment of wages or other compensation to its employees, including non-citizen employees in the United States on a visa ("visa workers"), and including

    payment of prevailing wages;

    b) Copies of any documents produced in response to the above-described FOIA requests;

    c) All audits, analyses, or reviews of Cognizant's payment to its employees authorized to work in the U.S. under temporary visas and payment of prevailing wages undertaken by, or at the direction of, the Department of Labor;

    d) All Department of Labor reports or analyses about payment of prevailing wages by employer sponsors under the H-1B program; and

    e) All communications to, or from, third parties about Cognizant's payment of visa workers and payment of prevailing wages, including but not limited to communications with Relator or Relator's agents.

Please do not hesitate to contact us if you have any additional questions or would like to discuss any of this further.  We look forward to hearing back from you.

Thanks,
Chumma
**Chumma Tum**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1801 California Street, Denver, CO 80202-2642
Tel +1 303.298.5988 • Cell   +1 303.653.8817
CTum@gibsondunn.com • www.gibsondunn.com

---

**From:** Phillips, Jonathan M.
**Sent:** Wednesday, July 6, 2022 12:51 PM
**To:** Marcellino, Ann M <Marcellino.Ann.M@dol.gov>
**Cc:** Tum, Chumma <CTum@gibsondunn.com>; Rector, Reid <RRector@gibsondunn.com>
**Subject:** RE: Follow-up Re: Franchitti v. Cognizant

Hi Ann,

Thank you for following up on this.  Yes, we will put together the list and circle back shortly.

Best,
Jon

**Jonathan M. Phillips**

# GIBSON DUNN

Gibson, Dunn & Crutcher LLP

1050 Connecticut Avenue, N.W., Washington, DC 20036-5306
Tel +1 202.887.3546 • Mobile +1 917.881.0089
JPhillips@gibsondunn.com • www.gibsondunn.com

---

**From:** Marcellino, Ann M <Marcellino.Ann.M@dol.gov>
**Sent:** Wednesday, July 6, 2022 2:22 PM
**To:** Phillips, Jonathan M. <JPhillips@gibsondunn.com>
**Subject:** Follow-up Re: Franchitti v. Cognizant

**[WARNING: External Email]**

Good afternoon, Jonathan,

I'm following from our meeting on Friday (July 1) regarding your offer to provide a list of individuals names who might have been in contact with the "Relator or Relator's agents." If you're still able to do so, could you please reply with the list? This list will help us ensure a complete and thorough search of our records and systems for response to the Subpoena.

If you have any questions, please let me know!

Thank you,
Ann



### Ann M. Marcellino, Esq.

Attorney for FOIA and Information Law
Management & Administrative Legal Services Division
U.S. Department of Labor, Office of the Solicitor
200 Constitution Ave., NW, Ste. N-2420



***This message may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Do not disclose without consulting the Office of the Solicitor. If you think you received this email in error, please notify the sender immediately.***