# Exhibit 7

| | |
|---|---|
| **From:** | Tum, Chumma |
| **To:** | "Marcellino, Ann M"; Plick, Joseph - SOL |
| **Cc:** | Lu, Hope (USANJ); Phillips, Jonathan M.; Rector, Reid |
| **Subject:** | RE: DOL Signed Determination Letter, Franchitti v. Cognizant |
| **Date:** | Friday, October 14, 2022 10:01:37 AM |

Ann,

Thank you for the production of documents.  We have reviewed the documents and DOL's response letter.  We have a few follow-up questions and clarifying points, which are set forth below.  We think it would be more efficient to discuss some of these issues on a call.  Please let us know your availability for a call Monday – Wednesday of next week to discuss the issues below.

First, as to DOL's production, we have a few follow-up requests:

1. For the investigation file which you state "was eligible for destruction in 2021 under the applicable record retention schedule", please provide details about the investigation file (e.g., date that investigation was opened; time frame covered under the investigation; date that investigation was closed; summary of any violations; etc.).

2. Please provide details about the "record retention schedule" that caused the investigation file to be lost (e.g., system name; period of retention; back-up systems, etc.).

3. For Case ID 1771438, please send us the summary of violations and remedies and list of LCAs that were enclosed with the letter.

4. For Case ID 1788231, please send us the summary of violations and remedies that was enclosed with the letter.

5. For Case ID 1832953, please send us the summary of violations and remedies that was enclosed with the letter.

6. Fore Case ID 1836681, please send us the summary of violations and remedies that was enclosed with the letter.

7. For Case ID 1776307, please send us the summary of violations and remedies that was enclosed with the letter.

8. For Transmittal Case 6307, please send us the summary of violations and remedies and list of LCAs that were enclosed with the letter.

Second, DOL's presumption that we are no longer pursuing Request D is not correct.  We never made any affirmative representations of the sort and DOL's presumption is disingenuous.  We ask that you continue to search for reports or analyses about payment of prevailing wages for the following employee sponsors, which is a considerable narrowing of Request D.

1. Tata Consultancy
2. Infosys
3. Deloitte
4. Capgemini
5. Accenture
6. Wipro
7. IBM

As we explained in previous calls with you, these records are relevant to the litigation because the False Claims Act's public disclosure bar can be triggered by disclosures of substantially similar allegations or transactions regarding other, similarly situated, companies in the same industry as a defendant**.**

Finally, we seek clarification on the scope of the email search that was undertaken in response to Request E.  From the response letter, it appears that the email search did not include the search term "Cognizant."  *See* Response Letter, p. 4 ("Using the list of specific names and law firms provided by your law firm, every employee's e-mail was searched for those names.").  Because Request E asks for "All communications to, or from, third parties ***about*** Cognizant's payment of visa workers and payment of prevailing wages…" (emphasis added), it necessary implicates communications that discuss Cognizant.  Therefore, we ask that you please run an email search that includes the term "Cognizant", if you have not done so.

Thanks,
Chumma
**Chumma Tum**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1801 California Street, Denver, CO 80202-2642
Tel +1 303.298.5988 • Cell   +1 303.653.8817
CTum@gibsondunn.com • www.gibsondunn.com

---

**From:** Marcellino, Ann M <Marcellino.Ann.M@dol.gov>
**Sent:** Friday, October 7, 2022 1:39 PM
**To:** Phillips, Jonathan M. <JPhillips@gibsondunn.com>
**Cc:** Plick, Joseph - SOL <Plick.Joseph@dol.gov>; Marcellino, Ann M <Marcellino.Ann.M@dol.gov>; Lu, Hope (USANJ) <Hope.Lu@usdoj.gov>; Tum, Chumma <CTum@gibsondunn.com>; Rector, Reid <RRector@gibsondunn.com>
**Subject:** DOL Signed Determination Letter, Franchitti v. Cognizant

**[WARNING: External Email]**
Mr. Phillips,

Attached above you will find the following documents you have requested in relation to *Franchitti v.*

*Cognizant Technology Solutions Corp.*:
1. Seven (7) Wage and Hour Investigation Determination Letters
2. Five (5) Transmittal Letters corresponding to five of the Investigation Determination Letters (Note: Transmittal letters could not be located for Cases 1722132 and 1832953)
3. Signed DOL Determination Letter in response to your Touhy Request.

Please let us know if you have any questions or concerns.

Thank you,

Ann M. Marcellino, Esq.
Attorney for FOIA and Information Law
Management & Administrative Legal Services Division
U.S. Department of Labor, Office of the Solicitor
200 Constitution Ave., NW, Ste. N-2420


***This message may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Do not disclose without consulting the Office of the Solicitor. If you think you received this email in error, please notify the sender immediately.***