Exhibit 8

| | |
|---|---|
| **From:** | Marcellino, Ann M |
| **To:** | Tum, Chumma; Phillips, Jonathan M.; Rector, Reid |
| **Cc:** | Lu, Hope (USANJ); Plick, Joseph - SOL |
| **Subject:** | FW: Franchitti v. Cognizant - Follow Up |
| **Date:** | Friday, October 28, 2022 7:51:35 AM |

**[WARNING: External Email]**

Good morning, Chumma,

Please see below for our response to your e-mail on 10/24.

Items taken in order of your e-mail:

Item 1. With respect to your request that we produce additional emails, as we stated in our October 7, 2022 letter, we determined that these emails are not responsive to your request as they do not fall within the parameters of your subpoena and the reasons you gave in the accompanying letter for seeking records from DOL. Given that these emails do not concern your client, please explain why you believe they would be relevant and essential to your case.

Item 2. Wage and Hour Division is searching their systems for the list of companies you provided to determine how many, if any, responsive records it has. Once the search is complete, we will work with Wage & Hour to determine the burden of retrieving and producing them.

Item 3. You asked for clarification regarding whether we used "Cognizant" as a search term in our search. We did not. Given Cognizant's extensive interactions with DOL a search for any email in DOL with the word "Cognizant" in it would result in overbroad results that would be a significant time and expense burden to narrow the results down to just communication with third parties. Over the last 5 years alone, Cognizant has filed with the Office of Foreign Labor Certification labor condition applications and PERM certifications seeking approximately 102,000 H-1B visas and PERM certifications. These filings will undoubtedly have generated significant internal email traffic just in the normal course of business.

Item 4. The current record retention schedule is located at the following link. The specific information you requested can be found at Item 3 (the bottom of Page 2):
https://www.archives.gov/records-mgmt/rcs/schedules/departments/department-of-labor/rg-0155/n1-155-11-003_sf115.pdf

Item 5. The electronic version of the investigation file for Case 1832953 was scanned into multiple files. We identified that one of the files had not been sent with the remainder of the files. The respective staff are locating and sending that file to us. As soon as we receive that additional file, we will send you the summary of violations and remedies for that Case.

We will forward you the information for Items 2 and 5 as soon as feasible.

Thank you,

Ann M. Marcellino, Esq.
Attorney for FOIA and Information Law

Management & Administrative Legal Services Division
U.S. Department of Labor, Office of the Solicitor
200 Constitution Ave., NW, Ste. N-2420

***This message may contain information that is privileged, confidential, or otherwise exempt from disclosure under applicable law. Do not disclose without consulting the Office of the Solicitor. If you think you received this email in error, please notify the sender immediately.***

**From:** Tum, Chumma <CTum@gibsondunn.com>
**Sent:** Monday, October 24, 2022 5:55 PM
**To:** Marcellino, Ann M <Marcellino.Ann.M@dol.gov>; Plick, Joseph - SOL <Plick.Joseph@dol.gov>
**Cc:** Phillips, Jonathan M. <JPhillips@gibsondunn.com>; Rector, Reid <RRector@gibsondunn.com>; Lu, Hope (USANJ) <Hope.Lu@usdoj.gov>
**Subject:** Franchitti v. Cognizant - Follow Up

> **CAUTION: This email originated from outside of the Department of Labor. Do not click (select) links or open attachments unless you recognize the sender and know the content is safe. Report suspicious emails through the "Report Phishing" button on your email toolbar.**

Hi Ann,

Thank you for continuing to gather responsive documents.  I wanted to consolidate the outstanding requests in one email for ease of reference.  From our end, we are still waiting for the following documents/updates:

1. Please send us the following three sets of documents, which were referenced in your 10/14 email:
   a.  78 emails regarding the 2016 DOL OFCCP Regional Staff – West Coast training for which Mr. Kotchen served as a panelist;
   b.  5 emails between Mr. Kotchen and DOL regarding two other cases; and
   c.  2 emails sent to various law firms and government agencies regarding a complaint.

2. Please provide a status update on the search for records responsive to Request D (as narrowed by the search terms we provided on 10/14).

3. Please confirm that DOL's search undertaken in response to Request E included the search term "Cognizant".

4. In DOL's October 7, 2022 letter, DOL described an investigation file that was "eligible for destruction in 2021 under the applicable record retention schedule."  Please provide details

about DOL's "record retention schedule" (e.g., system name; period of retention; back-up systems, etc.).

5. For Case ID 1832953, please send us the summary of violations and remedies that was enclosed with the letter as soon as the case team has finished scanning the documents.

We are due to give a status update to the court next week.  We would appreciate hearing from you by Wednesday on these items so that we can update the court accordingly.

Thanks,
Chumma
**Chumma Tum**

## GIBSON DUNN

Gibson, Dunn & Crutcher LLP
1801 California Street, Denver, CO 80202-2642
Tel +1 303.298.5988 • Cell   +1 303.653.8817
CTum@gibsondunn.com • www.gibsondunn.com

---

This message may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.

Please see our website at https://www.gibsondunn.com/ for information regarding the firm and/or our privacy policy.

---