Stephanie L. Silvano (Bar No. 168182016)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166
Telephone: 212.351.4000
Facsimile: 212.351.4035
SSilvano@gibsondunn.com

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEAN-CLAUDE FRANCHITTI, on behalf of THE UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION and COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION,<br><br>Defendants. | Civil Action No. 3:17-cv-06317 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Cognizant Technology Solutions Corporation and Cognizant Technology Solutions U.S. Corporation certifies that, to the best of our knowledge, no person or entity owns 10% or more of Cognizant Technology Solutions Corporation's stock,

and that Cognizant Technology Solutions U.S. Corporation is a wholly owned subsidiary of Cognizant Technology Solutions Corporation.

>Respectfully Submitted,
>
>*/s/  Stephanie L. Silvano*
>Stephanie L. Silvano
>(Bar No. 168182016)
>GIBSON, DUNN & CRUTCHER LLP
>200 Park Avenue, 47th Floor
>New York, New York 10166
>Telephone:  212.351.4000
>Facsimile:  212.351.4035
>SSilvano@gibsondunn.com
>
>*Attorney for Defendants*