IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION and COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION,<br><br>　　　　Movants,<br><br>　　v.<br><br>UNITED STATES INTERNAL REVENUE SERVICE and UNITED STATES DEPARTMENT OF LABOR,<br><br>　　　　Respondents. | Misc. Case No. _____<br><br>Original Proceeding:<br><br>*United States ex rel. Jean-Claude Franchitti v. Cognizant Technology Solutions Corporation and Cognizant Technology Solutions U.S. Corporation*, No. 3:17-cv-06317 (D.N.J. filed Aug. 22, 2017) |

**[PROPOSED] ORDER GRANTING COGNIZANT TECHNOLOGY SOLUTIONS CORPORATION AND COGNIZANT TECHNOLOGY SOLUTIONS U.S. CORPORATION'S MOTION TO COMPEL DISCOVERY FROM THE UNITED STATES INTERNAL REVENUE SERVICE AND DEPARTMENT OF LABOR**

**THIS MATTER**, having come before the Court by Movants' Motion to Compel Discovery from the United States Internal Revenue Service and Department Of Labor; and the Court, having considered all papers filed in support of said Motion:

**IT IS**, on this _____ day of _____, 2023,

**ORDERED** that Movants' Motion to Compel Discovery from the United States Internal Revenue Service and Department Of Labor is hereby **GRANTED**. The United States Internal Revenue Service and Department of Labor are hereby ORDERED to, no later than thirty (30) days from the date of this Order, (1) produce all documents responsive to Cognizant's discovery requests, (2) provide a privilege log detailing any documents withheld from such productions on the basis of privilege or work product protection, and (3) provide descriptions of any documents withheld pursuant to statutory bases for withholding.

1

**SO ORDERED.**

_____

**UNITED STATES DISTRICT JUDGE**

Copies to be sent to:

Jonathan M. Phillips (DC Bar No. 989061)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306

*Attorney for Movants*
*Cognizant Technology Solutions Corporation and*
*Cognizant Technology Solutions U.S. Corporation*

Angela Juneau
Hope Lu
Office of the U.S. Attorney, District Of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102

*Attorneys for Respondents*
*United States Citizenship and Immigration Services,*
*United States Department of Homeland Security Office of Inspector General,*
*Internal Revenue Service, and*
*United States Department of Labor*