**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

COGNIZANT TECHNOLOGY
SOLUTIONS CORPORATION and
COGNIZANT TECHNOLOGY
SOLUTIONS U.S. CORPORATION,

      Movants,

      v.

UNITED STATES INTERNAL REVENUE
SERVICE and UNITED STATES
DEPARTMENT OF LABOR,

      Respondents.

Misc. Case No. _____

Original Proceeding:

*United States ex rel. Jean-Claude
Franchitti v. Cognizant Technology
Solutions Corporation and Cognizant
Technology Solutions U.S. Corporation*,
No. 3:17-cv-06317 (D.N.J. filed Aug. 22,
2017)

## <u>PROOF OF SERVICE</u>

I hereby certify that I have on this date filed the following document on behalf of Movants Cognizant Technology Solutions Corporation and Cognizant Technology Solutions U.S. Corporation with the Clerk of Court:

- Cognizant Technology Solutions Corporation and Cognizant Technology Solutions U.S. Corporation's ("Movants'") Motion to Compel Discovery from the United States Internal Revenue Service and Department Of Labor;

- Memorandum of Law in Support of Movants' Motion to Compel Discovery from the United States Internal Revenue Service and Department Of Labor;

- Declaration of Jonathan M. Phillips in Support of Movants' Motion to Compel Discovery from the United States Internal Revenue Service and Department Of Labor;

- [Proposed] Order Granting Movants' Motion to Compel Discovery from the United States Internal Revenue Service and Department Of Labor; and

- This Proof of Service.

1

I further certify that I have served the aforementioned documents on April 28, 2023 on all counsel of record for Respondents via electronic mail in accordance with Fed. R. Civ. P. 5(b)(2)(E) at the email addresses listed below:

Angela Juneau
angela.juneau@usdoj.gov

Hope Lu
hope.lu@usdoj.gov

Date: April 28, 2023

Respectfully submitted,

Jonathan M. Phillips

*Attorney for Movants*